Brady Law Group
Steven J. Brady (SBN 116651)
1015 Irwin Street, Suite A
San Rafael, CA 94901
Telephone: (415) 459-7300
Facsimile: (415) 459-7303

Richard L. Katz, Inc.
Richard L. Katz (SBN 42902)
P.O. Box 2310
Mill Valley, CA 94942-2310
Telephone: (415) 407-4693
Facsimile: (815) 346-5780

Attorneys for Plaintiff Sussex Financial Enterprises, Inc.

Kasowitz, Benson, Torres & Friedman LLP
Mark P. Ressler (admitted *pro hac vice*)
Ronald R. Rossi (admitted *pro hac vice)*
Seth Davis (admitted *pro hac vice*)
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Attorneys for Defendants
Bayerische Hypo- und Vereinsbank AG
and HVB U.S. Finance, Inc.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSSEX FINANCIAL ENTERPRISES, INC, <br><br>Plaintiff, <br><br>vs. <br><br>BAYERISCHE HYPO- UND VEREINSBANK AG, aka HYPOVEREINSBANK; *et al.*, <br><br>Defendants. | CASE NO. C-08-4791 SC <br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF EXPERT DISCLOSURES AND DEPOSITIONS** |

1

JOINT STIPULATION AND [PROPOSED] ORDER　　　　　　　　　　　Case No. C-08-4791-SC
CONCERNING EXPERT DISCOVERY

Plaintiff Sussex Financial Enterprises, Inc. ("Sussex") and defendants Bayerische Hypo- und Vereinsbank AG and HVB U.S. Finance, Inc. (collectively "HVB"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS on February 6, 2009, the Court issued a Minute Order in which the deadline for expert disclosures was set for January 31, 2010;

WHEREAS on February 11, 2009, the Court issued a Status Conference Order, which was silent as to expert discovery;

WHEREAS the parties believe it would be productive and in the interests of judicial economy and efficiency for the parties to obtain additional time to prepare expert disclosures;

IT IS HEREBY STIPULATED, and the parties respectfully and in good faith request, that the Court orders as follows:

1. Expert disclosures shall be made by March 1, 2010.

2. Depositions of the parties' experts shall take place beginning no earlier than March 15, 2010 and must be completed by March 24, 2010, unless the parties mutually agree otherwise.

3. The stipulation shall not impact any other dates set forth by the Court in the Status Conference Order, dated February 11, 2009.

Dated: January 19, 2010

Brady Law Group
Steven J. Brady
Richard L. Katz, Inc.
Richard L. Katz

By: Richard L. Katz by RRR
Attorneys for Plaintiff

Dated: January 19, 2010

Kasowitz, Benson, Torres & Friedman LLP
Mark P. Ressler
Ronald R. Rossi
Seth Davis

By: _____
Attorneys for Defendants

IT IS SO ORDERED
Judge Samuel Conti