IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSSEX FINANCIAL ENTERPRISES, INC., | Case No. 08-4791 SC |
| Plaintiff, | ORDER DENYING OBJECTIONS TO MAGISTRATE'S ORDER |
| v. | |
| BAYERISCHE HYPO-UND VEREINSBANK AG, et al., | |
| Defendants. | |

The Court has received Plaintiff's Objections to Magistrate's Order and Request for District Court's De Novo Review of Order, Docket No. 167 ("Objection"), which raises objections to the Magistrate Judge's January 28, 2010 order addressing discovery issues and administrative relief, Docket No. 162 ("Magistrate's Order"). The Court has reviewed, de novo, the matters outlined in the Objection as well as the papers submitted by both parties in the underlying dispute, and finds no reason to disturb the Magistrate's Order. See Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b). Any legal error in the Magistrate's Order is deemed to be insubstantial, and the Court agrees in substance with the outcome reached by the Magistrate Judge. Plaintiff's Objection is DENIED.

IT IS SO ORDERED.

Dated: February 17, 2010

UNITED STATES DISTRICT JUDGE